**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GARLAND RAY PENNINGTON,** | ) | |
| | ) | |
| | ) | **Case No. 22-cv-3759** |
| **Plaintiff,** | ) | |
| | ) | **Judge** |
| **v.** | ) | |
| | ) | **Magistrate Judge** |
| **P.O. HARRIS, P.O DELEON,** | ) | |
| **P.O. ELLIS, and P.O. A. MOHAMMED,** | ) | **JURY DEMAND** |
| **Individually, and the CITY OF** | ) | |
| **HARVEY, a Municipal Corporation,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## COMPLAINT

**NOW COMES** the Plaintiff, GARLAND RAY PENNINGTON, by and through his attorneys, Gregory E. Kulis & Associates, Ltd., and complaining against the Defendants, P.O. HARRIS, P.O. DELEON, P.O. ELLIS, and P.O. A. MOHAMMED, individually, and THE CITY OF HARVEY, a municipal corporation as follows:

## COUNT I – EXCESSIVE FORCE

1. This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, GARLAND RAY PENNINGTON, accomplished by acts and/or omissions of Defendants, P.O. HARRIS, P.O. DELEON, P.O. ELLIS, P.O. A. MOHAMMED, and the CITY OF HARVEY, committed under color of law.

2. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental jurisdiction of the State of Illinois.

3. The Plaintiff, GARLAND RAY PENNINGTON, was at all relevant times, a resident of the State of Illinois.

4. At all relevant times, the Defendants, P.O. HARRIS, P.O. DELEON, P.O. ELLIS, and P.O. A. MOHAMMED, were a duly-appointed Harvey Police Officers acting within the scope of their employment and under color of law.

5. On or about August 6, 2021, the Plaintiff, GARLAND RAY PENNINGTON, was with his girlfriend at 15730 Myrtle Avenue, Harvey, Illinois.

6. The Plaintiff's girlfriend called the police because they were arguing and she wanted the keys to the car.

7. The Plaintiff's girlfriend did not wish to press charges or have Plaintiff, GARLAND RAY PENNINGTON, arrested.

8. The Plaintiff was not committing any crime or breaking any laws.

9. Defendants arrived on the scene and had words with Plaintiff.

10. The Plaintiff questioned why they were getting involved.

11. Defendant P.O. DELEON tased the Plaintiff.

12. The Defendants ordered him on the ground and the Plaintiff complied.

13. The Plaintiff continued to question why he was being treated in the fashion he was.

14. In response to Plaintiff's questioning, one or more of the Defendants tased him again, and on a couple of occasions after he was handcuffed.

15. The force used against the Plaintiff, GARLAND RAY PENNINGTON, was excessive.

16. The force used was unprovoked and unreasonable.

17. The Plaintiff was injured.

18. At all relevant times, the Defendants were acting pursuant to the customs and policies of the Harvey Police Department.

19. The actions of the Defendants were intentional, willful, and with malice.

20. Said actions of the Defendants violated the Plaintiff, GARLAND RAY PENNINGTON's, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. §1983.

21. As a direct and proximate consequence of said conduct of the Defendants, the Plaintiff, GARLAND RAY PENNINGTON, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering and future pain and suffering.

**WHEREFORE**, the Plaintiff, GARLAND RAY PENNINGTON, prays for judgment in his favor and against the Defendants, jointly and severally, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

**COUNT II – FAILURE TO INTERVENE**

1-21. The Plaintiff, GARLAND RAY PENNINGTON, hereby realleges and incorporates his allegations of paragraphs 1-21 of Count I as his respective allegations of paragraphs 1-21 of Count II as though fully set forth herein.

22. One or more of the Defendants stood by and allowed the tasing to occur, though they had the ability to intervene.

23. The Plaintiff was injured.

24. Defendants did not charge Plaintiff with any crime or offense.

25. At all relevant times, the Defendants were acting pursuant to the customs and policies of the Harvey Police Department.

26. The actions of the Defendants were intentional, willful, and with malice.

27. Said actions of the Defendants, P.O. HARRIS, P.O. DELEON, P.O. ELLIS, and P.O. A. MOHAMMED, violated the Plaintiff, GARLAND RAY PENNINGTON's, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights protected by 42 U.S.C. § 1983.

28. As a direct and proximate consequence of said conduct of the Defendants, the Plaintiff, GARLAND RAY PENNINGTON, suffered violations of his constitutional rights, emotional anxiety, fear, humiliation, monetary loss, pain and suffering, and future pain and suffering.

**WHEREFORE**, the Plaintiff, GARLAND RAY PENNINGTON, prays for judgment in his favor and against the Defendants, P.O. HARRIS, P.O. DELEON, P.O. ELLIS, and P.O. A. MOHAMMED, for a reasonable amount in compensatory damages, punitive damages, plus attorneys' fees and costs.

## COUNT III - INDEMNIFICATION

1-28. The Plaintiff, GARLAND RAY PENNINGTON, hereby realleges and incorporates his allegations of paragraphs 1-28 of Counts I and II as his respective allegations of paragraphs 1-28 of Count III as though fully set forth herein.

29. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

21. The Defendants, P.O. HARRIS, P.O. DELEON, P.O. ELLIS, and P.O. A. MOHAMMED, were employees of THE CITY OF HARVEY, who acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should the individual Defendants, be found liable for any of the acts alleged above, the Defendant, THE CITY OF HARVEY, would be liable to pay the Plaintiff, GARLAND RAY PENNINGTON any judgment obtained against the Defendants.

**JURY DEMAND**

The Plaintiff, GARLAND RAY PENNINGTON hereby requests a trial by jury.

Respectfully submitted,

/s/ Gregory E. Kulis
Gregory E. Kulis

**Gregory E. Kulis & Associates, Ltd.**
**30 North LaSalle Street, Suite 2140**
**Chicago, Illinois 60602**
**(312) 580-1830**